**ACLU OF ARKANSAS, INC.**
US District Court
9131 - Litigation/Case Cost

Rodgers v. Fort Smith

UNION-Checking BLR

6/26/2017

3776

400.00

400.00



Case Number: Washington 17-5116

Plaintiff:
Glynn Dilbeck

Defendant:
Nathaniel Clark, In His Official Capacity
and Hayes Minor, In His Official Capacity

Served: 6/29/2017 3:50 pm
To be served on: Hayes Minor

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |
| BALANCE DUE: | | | $55.00 |



Please include the invoice number with payment.

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5n

# HENDRIX REPORTING SERVICE

1701 SOUTH ARCH
LITTLE ROCK, ARKANSAS 72206
hendrixrept@gmail.com

501-372-2748

## INVOICE

Terms: **Payment Due on Receipt**     Tax I.D. 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

Invoice Date: December 14, 2017     Invoice No. 17-164

TO:  M. Bettina Brownstein            In Re: Glynn Dilbeck vs.
     ACLA                              Nathaniel Clark & City of Fort Smith
     904 W. Second, 2nd floor          & Hayes Minor & City of Rogers
     Little Rock, AR 72201             USDC 5L17CV 05116 TLB

| | |
|---|---|
| Depositions of Glynn Dilbeck & Shane Cook taken in Fayetteville, AR December 12, 2017- One Electronic Copy | $ 37.00 |
| Original to Mr. Mosley (Billed to him) One copy to Mr. Roe One Electronic copy to Ms. Bettina Brownstein (Billed to her) | |
| **INVOICE TOTAL** | $ 37.00 |