**Bettina E. Brownstein**
**808 Ash St.**
**Little Rock, Arkansas 72205**
**Tel: (501) 920-1764**
**E-mail: bettinabrownstein@gmail.com**
October 9, 2018

Honorable Timothy L. Brooks
John Paul Hammerschmidt Federal Building
35 East Mountain, Room 559
Fayetteville, Arkansas 72701
**Phone:** (479) 695-4460
**E-mail:** TLBinfo@arwd.uscourts.gov

Re: Dilbeck v. Minor, Case No. 5:17-cv-05116 TLB

Dear Judge Brooks:

I write this letter to notify the Court of an error I made in my fee statement filed in this matter in connection with Plaintiffs' Motion for Attorneys' Fees. (Doc. 81-5). The error occurs in the fourth entry: "Apr. 5 Tel. conf. with attorney Mike Mosely re: Municipal League's position on Rogers ordinance and Reed v. Gilbert." The entry should be .7 not 7.1. According, there should be a reduction in the hours of work claimed from 87.4 to 81 and a resulting reduction in my fee demand from $26,220 to $24,300.

I apologize for any inconvenience this has caused the Court and Defendant Hayes Minor.

Cordially,

Bettina Brownstein
Bettina Brownstein Law Firm

Cc:  Tom Kieklak
     Monzer Mansour