Amended Declaration of Monzer Mansour

Monzer Mansour declares as follows:

1. I am a private attorney who has been working on behalf of the American Civil Liberties Union of Arkansas as counsel for the plaintiffs in the matter of Dilbeck et al vs. Hayes Minor, 17-CV-05116. I have served as co-counsel with Bettina Brownstein from the inception of the case until now.

2. I graduated from Georgia State University School of Law and became licensed to practice in the State of Georgia in 1996 and in the state of Arkansas in 1997. I have been in private practice throughout my career. My practice has always involved both criminal and civil cases. I have litigated in various civil cases in both state and federal courts. I am familiar with the development of the law in the area of civil rights out of personal interest and because civil rights issues have arisen in my practice on many occasions throughout my career. My litigation experience has included civil rights actions brought under 42 USC § 1983 and I am currently involved in several § 1983 actions. I am familiar with the award of attorney fees to prevailing parties under § 1983 and other statutes.

3. I have kept track of my work performed in the instant case. Attached is a detailed summary of my services and the hours I have devoted to representing the plaintiffs in their claims on which they have prevailed. The total hours I am seeking compensation is 44.2. I have excluded from the attached summary the time I spent on matters that were cumulative, administrative, nonproductive, unnecessarily time consuming or spent on severed issues upon which we did not prevail.

4. I ask that the court award an hourly rate of $275.00 which is within the normal market range charged by attorneys of similar experience and expertise in the practice of civil rights in this jurisdiction. This rate is, in my opinion, reasonable considering my number of years in practice and the nature of my practice.

5. Multiplying the hours reduced as set forth above and as attached in Exhibit A by the rate of $275.00 per hour, I am requesting that the sum of $12,155.00 be considered the lodestar figure herein.

   I have read the foregoing declaration and swear under penalty of perjury that the matters contained herein are true and correct to the best of my knowledge and belief.

Dated: October 11, 2018

/s/ *Monzer Mansour*
Monzer Mansour