IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GLYNN DILBECK and SHANE COOK**           PLAINTIFFS

V.                    CASE NO. 5:17-CV-5116

**HAYES MINOR, in his Official Capacity as**
**Chief of the Rogers, Arkansas Police Department**           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order (Doc. 76) filed on September 24, 2018, and the Order filed this date granting Plaintiffs' request for attorneys' fees and costs,

**IT IS HEREBY ORDERED AND ADJUDGED** that Rogers Ordinance 52-139 is declared unconstitutional, and the City of Rogers, Arkansas is permanently enjoined from enforcing it. Accordingly, Plaintiffs Glynn Dilbeck and Shane Cook, who have prevailed in this matter, are entitled to a combined award of fees and costs in the amount of $38,085.00.

**IT IS SO ORDERED AND ADJUDGED** on this 24th day of October, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE